# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-2938
LT Case Nos. 2018-103251-CFDL
2015-103262-CFDL
2018-102332-CFDL

———————————————

KEVIN HUTTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.850 appeal from the Circuit Court for Volusia County.
Dawn D. Nichols, Judge.

Robert R. Berry, of The Law Office of Robert R. Berry P.A., Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Robin A. Compton, Assistant Attorney General, Daytona Beach, for Appellee.


March 12, 2024


PER CURIAM.

AFFIRMED.

MAKAR, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____